**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 370 EAL 2016
                                  :
         Respondent   :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
                                  :
            v.                    :
                                  :
                                  :
RAFIK STILES,                     :
                                  :
         Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.